August 11, 2020

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Breakwater Trading LLC. v. JP Morgan Chase & Co.*, No. 20 Civ. 3515 (S.D.N.Y.);
     *Grace v. JP Morgan Chase & Co.*, No. 20 Civ. 4523 (S.D.N.Y.) [rel. 20 Civ. 3515];
     *Endeavor Trading, LLC v. JP Morgan Chase & Co.*, No. 20 Civ. 5285 (S.D.N.Y.) [rel. 20 Civ. 3515];
     *Robert Charles v. JP Morgan Chase & Co.*, No. 20 Civ. 5298 (S.D.N.Y.) [rel. 20 Civ. 3515];
     *Proctor, III, v. JP Morgan Chase & Co.,* No. 20 Civ. 5360 (S.D.N.Y.) [rel. 20 Civ. 3515];
     *Budo Trading v. JP Morgan Chase & Co.*, No. 20 Civ. 5772 (S.D.N.Y.) [rel. 20 Civ. 3515]
     *Gramatis v. JP Morgan Chase & Co.*, No. 20 Civ. 5918 (S.D.N.Y.) [rel. 20 Civ. 3515];

Dear Judge Engelmayer:

  We write pursuant to Your Honor's Order dated August 5, 2020, ECF No. 23[1] directing counsel to confer as to an orderly schedule in the case and file a joint letter setting forth the Parties' proposal.

  The Parties have conferred and propose the following schedule:

---

[1] All docket entries refer to *Breakwater Trading LLC. v. JP Morgan Chase & Co.*, No. 20 Civ. 3515 (PAE) (S.D.N.Y.) unless otherwise noted.

Hon. Paul A. Engelmayer
August 11, 2020
Page 2

| Event | Date |
|---|---|
| Plaintiffs' Motions for Appointment of Counsel and for Consolidation of the Related Actions[2] | August 21, 2020 |
| Deadline to File Consolidated Complaint | 45 days after entry of the order on Appointment of Counsel |
| Defendants' Deadline to Answer, Move to Dismiss, or Otherwise Respond to the Consolidated Complaint | 60 days after the filing of the Consolidated Complaint |
| Plaintiffs' Deadline to File Their Opposition to Defendants' Motion to Dismiss, if any | 60 days after the filing of the Motion to Dismiss |
| Defendants' Deadline to File Their Reply in Support of the Their Motion to Dismiss | 30 days after Plaintiffs file their Opposition |

     Regarding the participants for the telephonic conference on Thursday, August 13, 2020, Karen Lerner [(973) 610-6068] of Kirby McInerney and Vincent Briganti [(914) 733-7221] of Lowey Dannenberg will speak on behalf of the *Proctor* Plaintiffs,[3] Linda Nussbaum [(917) 438-9189] will speak on behalf of the *Breakwater* Plaintiffs,[4] and Amanda Davidoff [(571)-213-9655] will speak on behalf of JPMorgan. Additional counsel expected to participate in the telephonic conference are as follows:

| Attorney | Law Firm | On Behalf of | Telephone |
|---|---|---|---|
| Roberta Liebenberg | Fine Kaplan and Black, R.P.C. | *Grace* Plaintiff | (215) 947-2773 |
| Joseph Meltzer | Kessler Topaz Meltzer & Check, LLP | *Endeavor* Plaintiff | (610) 822-2210 |
| Christopher Burke | Scott+Scott Attorneys at Law LLP | *Robert Charles* and *Budo Trading* Plaintiffs | (619) 571-2253 |

---

[2] All parties agree that the Related Actions should be consolidated, but Plaintiffs will brief that issue if the Court deems appropriate. Plaintiffs further respectfully request that the Court not invite response memoranda, given that these actions have already been pending for several months.

[3] "*Proctor* Plaintiffs" include counsel in the following cases: *Proctor* Action, *Robert Charles* Action, *Gramatis* Action, and *Budo Trading* Action.

[4] "*Breakwater* Plaintiffs" include counsel in the following cases: *Breakwater* Action, *Grace* Action, and *Endeavor* Action.

Hon. Paul A. Engelmayer
August 11, 2020
Page 3

| Attorney | Law Firm | On Behalf of | Telephone |
|---|---|---|---|
| Amanda Lawrence | Scott+Scott Attorneys at Law LLP | *Robert Charles* and *Budo Trading* Plaintiffs | (860) 537-5537 |
| George Zelcs | Korein Tillery LLC | *Robert Charles* Plaintiff | (312) 641-9750 |
| Randall Ewing, Jr. | Korein Tillery LLC | *Robert Charles* Plaintiff | (312) 899-9012 |
| Louis Burke | Louis F. Burke PC | *Robert Charles* Plaintiff | (212) 682-1700 |
| David Kovel | Kirby McInerney LLP | *Proctor* Plaintiffs | (718) 564-9335 |
| Margaret MacLean | Lowey Dannenberg, P.C. | *Proctor* Plaintiffs | (917) 751-9748 |
| Anthony F. Fata | Cafferty Clobes Meriwether & Sprengel LLP | *Proctor* Plaintiffs | (773) 562-8669 |
| Douglas Millen | Freed Kanner London & Millen LLC | *Budo Trading* Plaintiffs | (847) 873-6585 |
| Steven Kanner | Freed Kanner London & Millen LLC | *Gramatis* Plaintiffs | (224) 632-4502 |
| Robert Sacks | Sullivan & Cromwell LLP | Defendants | (310) 712-6640 |
| Akash Toprani | Sullivan & Cromwell LLP | Defendants | (646) 384-4000 |

***

We thank the Court for its attention to this matter.

Dated: August 11, 2020                                   Respectfully submitted,

**NUSSBAUM LAW GROUP, P.C.**                            **LOWEY DANNENBERG, P.C.**

*/s/ Linda P. Nussbaum*                                  */s/ Vincent Briganti*
Linda P. Nussbaum                                        Vincent Briganti
Bart D. Cohen                                            Margaret MacLean
1211 Avenue of the Americas, 40th Floor                  44 South Broadway, Suite 1100
New York, NY 10036-8718                                  White Plains, NY 10601
(917) 438-9102                                           Tel.: (914) 997-0500
lnussbaum@nussbaumpc.com                                 E-mail: vbriganti@lowey.com

bcohen@nussbaumpc.com

*Counsel for Plaintiffs Breakwater Trading, LLC and Endeavor Trading, LLC*

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Joseph H. Meltzer*
Joseph H. Meltzer
Melissa L. Troutner
Jordan Jacobson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
mtroutner@ktmc.com
jjacobson@ktmc.com

*Counsel for Plaintiff Endeavor Trading, LLC*

**FINE, KAPLAN AND BLACK, R.P.C.**

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
Adam J. Pessin
One S. Broad St., 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com
apessin@finekaplan.com

*Counsel for Plaintiff John Grace*

**FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.**

*/s/ Joseph Goldberg*
Joseph Goldberg
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 244-7520
jg@fbdlaw.com

mmaclean@lowey.com

**KIRBY McINERNEY LLP**

*/s/ Karen M. Lerner*
Karen M. Lerner
David E. Kovel
Anthony E. Maneiro
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Fax: (212) 751-2540
E-mail: klerner@kmllp.com
   dkovel@kmllp.com
   amaneiro@kmllp.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

*/s/ Anthony F. Fata*
Anthony F. Fata
Jennifer W. Sprengel
Christopher P.T. Tourek
Brian P. O'Connell
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: (312) 782-4882
E-mail: afata@caffertyclobes.com
   jsprengel@caffertyclobes.com
   ctourek@caffertyclobes.com
   boconnell@caffertyclobes.com

*Counsel for Plaintiffs Charles Herbert Proctor, III, Synova Asset Management, LLC, and the Proposed Class*

**KOREIN TILLERY LLC**

*/s/ George A. Zelcs*
George A. Zelcs (Ill. Bar No. 3123738)
Robert E. Litan
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)

Hon. Paul A. Engelmayer
August 11, 2020
Page 5

| | |
|---|---|
| *Counsel for Plaintiff John Grace* | Chad E. Bell (Ill. Bar No. 6289034)<br>205 North Michigan Plaza, Suite 1950<br>Chicago, IL 60601<br>Tel.: (312) 641-9750<br>Fax: (312) 641-9751<br>Email: gzelcs@koreintillery.com<br>    rlitan@koreintillery.com<br>    rewing@koreintillery.com<br>    cbell@koreintillery.com<br><br>*Counsel for Plaintiff Robert Charles Class A,*<br>*L.P. and the Proposed Class* |
| **FREED KANNER LONDON & MILLEN LLC** | **LOUIS F. BURKE PC** |
| /s/ Steven A. Kanner<br>Steven A. Kanner<br>Douglas A. Millen<br>Brian M. Hogan<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>Facsimile: 224-632-4521<br>skanner@fklmlaw.com<br>dmillen@fklmlaw.com<br>bhogan@fklmlaw.com<br><br>*Counsel for Plaintiffs Thomas Gramatis and Budo Trading LLC and the Proposed Class* | /s/ Louis F. Burke<br>Louis F. Burke<br>460 Park Avenue<br>New York, NY 10022<br>Tel.: (212) 682-1700<br>E-mail: lburke@lfblaw.com<br><br>*Counsel for Plaintiff Robert Charles Class A,*<br>*L.P. and the Proposed Class*<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>/s/ Christopher M. Burke<br>Christopher M. Burke<br>Thomas K. Boardman<br>The Helmsley Building<br>230 Park Ave., 17th Flr.<br>New York, NY 10169<br>Tel.: (212) 233-6444<br>Fax: (212) 233-6334<br>E-mail: cburke@scott-scott.com<br>E-mail: tboardman@scott-scott.com<br><br>Amanda F. Lawrence<br>156 South Main Street<br>Colchester, CT 06415<br>Tel.: (860) 537-5537 |

Hon. Paul A. Engelmayer
August 11, 2020
Page 6

Fax: (212) (860) 537-4432
E-mail: alawrence@scott-scott.com

*Counsel for Plaintiff Robert Charles Class A, L.P., Budo Trading LLC, and the Proposed Class*

**SULLIVAN & CROMWELL LLP**

/s/ Amanda Flug Davidoff
Robert A. Sacks
Amanda Flug Davidoff
Akash M. Toprani
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Email:  sacksr@sullcrom.com
           davidoffa@sullcrom.com
           toprania@sullcrom.com

*Counsel for Defendants JPMorgan Chase & Co., J.P. Morgan Clearing Corp. (now known as J.P. Morgan Securities LLC), and J.P. Morgan Securities LLC*

The Court adopts the proposed schedule and sets September 4, 2020 as the due date for any responses to motions to consolidate or motions to appoint lead counsel.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 13, 2020