UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES HERBERT PROCTOR, III and SYNOVA ASSET MANAGEMENT, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>    Defendants. | Case No. 20 Civ. 05360 (PAE)<br>ECF Case |
| ROBERT CHARLES CLASS A, L.P., on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J.P. MORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>    Defendants. | Case No. 20 Civ. 05298 (PAE)<br>ECF Case |

[*caption continued next page*]

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS AND
GRANTING MOTION TO APPOINT
LOWEY DANNENBERG P.C. AND KIRBY McINERNEY LLP
<u>AS INTERIM CO-LEAD COUNSEL</u>**

| | |
|---|---|
| THOMAS GRAMATIS, on Behalf of himself and All Others Similarly Situated,<br><br>      Plaintiff,<br>   v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>      Defendants. | Case No. 20 Civ. 05918 (PAE)<br>ECF Case |
| BUDO TRADING LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>   v.<br><br>J.P. MORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>      Defendants. | Case No. 20 Civ. 05772 (PAE)<br>ECF Case |

[*caption continued next page*]

| | |
|---|---|
| ENDEAVOR TRADING, LLC, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br>      v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>                    Defendants. | Case No. 20 Civ. 05285 (PAE)<br>ECF Case |
| JOHN GRACE, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br>      v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>                    Defendants. | Case No. 20 Civ. 04523 (PAE)<br>ECF Case |

[*caption continued next page*]

| | |
|---|---|
| BREAKWATER TRADING LLC, individually and on behalf of all those similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>       Defendants. | Case No. 20 Civ. 03515 (PAE)<br>ECF Case |

Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, and having carefully reviewed all the parties' submissions and the testimony received at the hearing, the Court hereby (i) consolidates the above-captioned actions and any other actions subsequently filed related hereto ("Consolidated Action") and (ii) appoints Lowey Dannenberg, P.C. and Kirby McInerney LLP as Interim Co-Lead Counsel for all plaintiffs in Consolidated Action.

Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

(a) to coordinate the briefing and argument of motions;

(b) to coordinate the conduct of discovery proceedings;

(c) to coordinate the examination of witnesses in depositions;

(d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e) to call telephonic or in-person meetings of the Plaintiffs' counsel as they deem necessary and appropriate from time to time; conferences

(f) to coordinate all settlements negotiations with counsel for Defendants;

(g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h) to supervise any other matters concerning the prosecution, resolution, or settlement of the Consolidated Action.

No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

2

Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this organization of Plaintiffs' counsel.

Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

Co-Lead Counsel shall be the contact between Plaintiffs' counsel and shall direct and coordinate the activities of Plaintiffs' counsel.

Defendants shall affect service of papers on plaintiffs by serving a copy of same on Co-Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall affect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic, or hand delivery.

DATED: _____, 2020

                                               Hon. Paul A. Engelmayer
                                               UNITED STATES DISTRICT JUDGE